**KYM SAMUEL CUSHING**
Nevada Bar No.: 4242
**KELLY M. SMITH**
Nevada Bar No.: 9192
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
Kym.Cushing@wilsonelser.com
Kelly.Smith@wilsonelser.com
*Attorneys for Defendant Costco Wholesale Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Nevada foreign company; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01272-JCM-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between MARTIN I. MELENDREZ, ESQ. of HAWKINS MELENDREZ, P.C., attorneys for plaintiff WILLIAM PRICE; and, KYM SAMUEL CUSHING, ESQ. and KELLY M. SMITH, ESQ. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendant COSTCO WHOLESALE CORPORATION; that any and all claims and causes of action asserted by the plaintiff in Case No. 2:14-cv-01272-JCM-CWH pending in the United States District Court for the District of Nevada, are DISMISSED WITH PREJUDICE as to all defendants;

///

///

///

///

///

///

IT IS FURTHER STIPULATED that each party will bear their own attorney's fees and costs of suit.

Dated this 13th day of ~~January~~ Feb, 2015.

Martin I. Melendrez, Esq.
Nevada Bar No. 7818
Hawkins Melendrez, P.C.
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Attorney for Plaintiff

Dated this 8th day of January, 2015.

Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Kelly M. Smith
Nevada Bar No. 9192
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorneys for Defendant

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) The plaintiff's complaint and all causes of action contained therein for case no. 2:14-cv-01272-JCM-CWH are DISMISSED WITH PREJUDICE as to all defendants;

(2) Each party is to bear their own respective costs and attorney's fees.

DATED February 23, 2015.

UNITED STATES DISTRICT JUDGE



732353v.1